UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WHITE and TINA WHITE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHWEST ALABAMA ) <br> TREATMENT CENTER, INC., ) <br> ) <br> Defendant. ) | Case No. 2:17-cv-1233-GMB |

## ORDER OF DISMISSAL

On December 5, 2019, the parties filed a joint stipulation of dismissal that complies with Federal Rule of Civil Procedure 41. Doc. 58. Accordingly, this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs. Fed. R. Civ. P. 41(a).

DONE and ORDERED on December 6, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE